## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**HOSEY FLEMING**                                                    **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO.: 2:09CV11-MPM-JMV**

**TUNICA COUNTY, ET AL.**                                  **DEFENDANTS**

## ORDER GRANTING MOTION TO STAY

The Court, having considered the motion to stay filed by the Defendant, and finding good cause hereby orders that all proceedings in the above-captioned cause of action are temporarily STAYED for thirty days, at which time the stay will automatically be lifted and the status of the case will be reconsidered.

IT IS ORDERED that the defendant's motion to stay is GRANTED.

This the 23rd day of July, 2013.

/s/Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE